The People of the State of Illinois, Plaintiff-Appellee, *v.* Chester Lee Holliman, Defendant-Appellant.

(No. 72-208;

Second District—November 5, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

William L. Balsley, of Smith & Smith, of Loves Park, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, (Galyn W. Moehring, Assistant State's Attorney, and James W. Jerz and Thomas Sullivan, both of Model District State's Attorneys Office, of counsel,) for the People.